UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELITE JET CHARTER, LLC

        Plaintiff,                    Case No.: 6:07-CV-1044-ORL-19

v.

STRATOS JET CHARTERS, INC.,
KEVIN G. BALES, JOEL A. THOMAS, and
ERIK C. LARSEN.

        Defendants.

_____/

## JOINT MOTION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION

The Parties, by counsel, hereby file their Joint Motion for Entry of Stipulated Permanent Injunction. As grounds, the Parties state:

1. The Parties have reached an amicable and complete resolution of the claims in this case as alleged in Plaintiff's Amended Complaint.

2. As part of the resolution, the Parties hereby request that this Court enter a Permanent Injunction in the form attached and incorporated herein as Exhibit "A".

3. Each party to bear its' own attorneys' fees and costs.

4. Plaintiff requests that this Court reserve jurisdiction to enforce the terms of the Permanent Injunction.

WHEREFORE, the Parties jointly request that the Court provide the relief requested by this Motion and for such other and further relief as is necessary and proper.

Dated: September 20, 2007

__/s/ Daniel P. Osterndorf__
DANIEL P. OSTERNDORF
Florida Bar No.: 0119751
LATHAM, SHUKER,
EDEN & BEAUDINE, LLP
390 North Orange Avenue, Suite 600
Orlando, Florida 32801
Telephone:   407/481-5800
Facsimile:   407/481-5801
dosterndorf@lseblaw.com
Attorneys for Defendants, Joel A. Thomas,
Erik C. Larsen, and Stratos Jet Charters, Inc.


___s/ Richard W. Smith___
RICHARD W. SMITH
Florida Bar No.: 13943
FISHER, RUSHMER, WERRENRATH,
DICKSON, TALLEY & DUNLAP, P.A.
20 N. Orange Avenue, Suite 1500
Orlando, Florida 32801
Telephone:   407/843-2111
Facsimile:   407/422-1080
rsmith@fisherlawfirm.com
Attorneys for Defendant Kevin Bales


___s/ Hutch K. Hicken___
HUTCH K. HICKEN
Florida Bar No.: 272485
LITCHFORD & CHRISTOPHER, P.A.
390 N. Orange Avenue, Suite 2200
Orlando, Florida 32801
Telephone:   407/422-6600
Facsimile:   407/841-0325
hhicken@litchfordchristopher.com
Attorneys for Plaintiff Elite Jet Charters, LLC