UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELITE JET CHARTERS, LLC,

    Plaintiff,

vs.   Case No.: 6:07-CV-1044-ORL-19UAM

STRATOS JET CHARTERS, INC.,
KEVIN G. BALES, JOEL A. THOMAS,
and ERIK C. LARSEN,,

    Defendants.
_____/

### MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on September 20, 2007, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

✓    All individual parties and their respective trial counsel.
___   Designated corporate representatives.
___   Required claims professionals.

(b) The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____
_____
_____

(c) The outcome of the mediation conference was:

✓    <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08.

____   The case has been partially resolved and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____
_____.

_____   The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

_____   The parties have reached an impasse.

**Done this** 21st day of September, 2007, in Orange County, Florida.


G. B. McVay, Voght, Mediator
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, Florida 32751
(407) 661-1123

cc: Counsel of Record