# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

ELITE JET CHARTER, LLC,

    Plaintiff,

vs.                              CASE NO. 6:07-CV-1044-ORL-19UAM

STRATOS JET CHARTERS, INC.,
KEVIN G. BALES, JOEL A. THOMAS,
and ERIK C. LARSEN,

    Defendants.

_____

## STIPULATED PERMANENT INJUNCTION

**THIS MATTER** having come before the Court on the Parties' Joint Motion for Entry of Stipulated Permanent Injunction, and the Court having reviewed the Motion and being otherwise fully advised in the premises, it is hereby

**ORDERED and DECREED:**

1. Plaintiff, ELITE JET CHARTER, LLC, has registered the following copyrights with the United States Register of Copyrights:

    a. TX6-578-226 - Visible Content of website for Elite Jet Charter, LLC;

    b. TX6-578-225 - HTML Code of website for Elite Jet Charter, LLC; and

    c. TXU1-358-469 - Terms and Conditions Agreement of Elite Jet Charter, LLC.

(collectively referred to as the "Copyrights").

2. Defendants, STRATOS JET CHARTER, INC., KEVIN G. BALES, JOEL

A. THOMAS and ERIK C. LARSEN, and their respective officers, agents, servants, employees and attorneys and those persons in active concert or participation with them who receive actual notice of this Permanent Injunction are permanently enjoined from infringing Plaintiff's Copyrights.

**DONE AND ORDERED** at Orlando, Florida, this 26th day of September, 2007 at 9:04 a.m.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

All Counsel of Record