**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

ELITE JET CHARTERS, LLC,

      Plaintiff,

vs.                        CASE NO. 6:07-CV-1044-ORL-19UAM

STRATOS JET CHARTERS, INC.,
KEVIN G. BALES, JOEL A. THOMAS,
and ERIK C. LARSEN,

      Defendants.

ORDER

This case was considered by the Court on notice of settlement in the Mediation Disposition Report (Doc. No. 43, filed September 21, 2007). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this ___26th___ day of September, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Dockets.Justia.com

Copies to:
All Counsel of Record